IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY A. HANN, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:12-CV-02222 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Kane) |
| Defendant | : | |

## ORDER

**AND NOW**, on this 26th day of September, 2014, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Plaintiff Jerry A. Hann and against the Defendant Commissioner of Social Security.

2. Plaintiff's complaint is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with this order and accompanying memorandum; and

3. The Clerk of Court is directed to close the case.

BY THE COURT:

s/Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania